# Notice Recipients

District/Off: 0206−1      User: admin      Date Created: 10/17/2024
Case: 24−90018−1−rel      Form ID: sumap      Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
pla      ER Tennessee LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty      Joseph Lombardo      lombardo@chapman.com

TOTAL: 1